| | |
|---|---|
| LITE DEPALMA GREENBERG, LLC<br>Mayra V. Tarantino<br>Two Gateway Center, 12th Floor<br>Newark, NJ 07102<br>Telephone: (973) 623-3000<br>*Interim Co-Liaison Counsel for Direct Purchaser Plaintiffs* | FOX ROTHSCHILD LLP<br>Karen A. Confoy<br>Princeton Pike Corporate Center<br>997 Lenox Drive, Building 3<br>Lawrenceville, NJ 08648-2311<br>Telephone: (609) 896-3600<br>*Interim Co-Liaison Counsel for Direct Purchaser Plaintiffs* |

**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE DUCTILE IRON PIPE FITTINGS ("DIPF") DIRECT PURCHASER ANTITRUST LITIGATION | Civ. No. 12-711 (AET)(LHG) |

**NOTICE OF MOTION IN SUPPORT OF DIRECT
PURCHASER PLAINTIFFS' MOTION FOR
PRELIMINARY APPROVAL OF SETTLEMENT WITH
DEFENDANT SIGMA CORPORATION AND ITS OWNED
SUBSIDIARY SIGMA PIPING PRODUCTS CORPORATION**

TO:   COUNSEL OF RECORD

PLEASE TAKE NOTICE that on June 15, 2015, at 10:00 a.m. or as soon thereafter as counsel may be heard, the undersigned attorneys for the Direct Purchaser Plaintiffs in the above-captioned action shall move before the Hon. Anne E. Thompson, U.S.D.J., Clarkson S. Fisher Building, & U.S. Courthouse, 402 East State Street, Trenton, New Jersey 08608, for the entry of a Preliminary Approval Order:

1. Preliminarily approving the Settlement Agreement between Direct Purchaser Plaintiffs and SIGMA Corporation and its owned subsidiary SIGMA Piping Products Corporation and finding that its terms are sufficiently fair, reasonable, and adequate for notice to be issued to the Settlement Classes as defined in the Settlement Agreement;

2. Certifying the Settlement Classes, for purposes of settlement only pursuant to Federal Rule of Civil Procedure 23(c), and authorizing plaintiffs to represent the Settlement Classes; and

3. Approving Garden City Group, LLC as Administrator of the Settlement, and Citibank, N.A. as escrow agent.

In support of this motion, Direct Purchaser Plaintiffs rely upon the Memorandum of Law in Support of Direct Purchaser Plaintiffs' Motion for Preliminary Approval of Settlement with SIGMA Corporation and its owned subsidiary SIGMA Piping Products Corporation, as well as the accompanying Declaration of Robert N. Kaplan.

Direct Purchaser Plaintiffs submit a proposed form of Order.

DATED: May 21, 2015

*/s/ Mayra V. Tarantino*
Steven J. Greenfogel
Mayra V. Tarantino
LITE DEPALMA GREENBERG, LLC
Two Gateway Center, 12th Floor
Newark, NJ  07102
973.623.3000
sgreenfogel@litedepalma.com
mtarantino@litedepalma.com
*Interim Co-Liaison Counsel for*
*Direct Purchaser Plaintiffs*

Robert N. Kaplan
Richard J. Kilsheimer
Gregory K. Arenson
Elana Katcher
KAPLAN FOX & KILSHEIMER LLP
850 Third Avenue, 14th Floor
New York, NY  10022
Tel: 212.687.1980
rkaplan@kaplanfox.com
rkilsheimer@kaplanfox.com
garenson@kaplanfox.com

Gary L. Specks
KAPLAN FOX & KILSHEIMER LLP
423 Sumac Road
Highland Park, IL 60035
Tel: 847.831.1585
gspecks@kaplanfox.com
*Interim Co-Lead Counsel for*
*Direct Purchaser Plaintiffs*

*/s/ Karen A. Confoy*
Karen A. Confoy
FOX ROTHSCHILD LLP
Princeton Pike Corporate Center
997 Lenox Drive, Building 3
Lawrenceville, NJ 08648-2311
Tel: 609.896.3600
kconfoy@foxrothschild.com
*Interim Co-Liaison Counsel for*
*Direct Purchaser Plaintiffs*

Kit A. Pierson
Robby Braun
COHEN MILSTEIN SELLERS &
   TOLL PLLC
1100 New York Avenue, NW
Suite 500 West
Washington, DC  20005
Tel: 202.408.4600
kpierson@cohenmilstein.com
rbraun@cohenmilstein.com

Christopher J. Cormier
COHEN MILSTEIN SELLERS
& TOLL PLLC
2443 S. University Boulevard, #232
Denver, CO 80210
(720) 583-0650
ccormier@cohenmilstein.com

*Interim Co-Lead Counsel for*
*Direct Purchaser Plaintiffs*