| | |
|---|---|
| LITE DEPALMA GREENBERG, LLC<br>Mayra V. Tarantino<br>570 Broad Street, Suite 1201<br>Newark, NJ 07102<br>(973) 623-3000<br>*Interim Co-Liaison Counsel for Direct Purchaser Plaintiffs* | FOX ROTHSCHILD LLP<br>Karen A. Confoy<br>Princeton Pike Corporate Center<br>997 Lenox Drive, Building 3<br>Lawrenceville, NJ 08648-2311<br>(609) 896-3600<br>*Interim Co-Liaison Counsel for Direct Purchaser Plaintiffs* |

[Additional Counsel on Signature Page]

**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE DUCTILE IRON PIPE FITTINGS ("DIPF") DIRECT PURCHASER ANTITRUST LITIGATION | Civ. No. 12-711 (AET)(LHG) |

**NOTICE OF MOTION IN SUPPORT OF DIRECT
PURCHASER PLAINTIFFS' MOTION FOR
PRELIMINARY APPROVAL OF SETTLEMENT WITH
<u>DEFENDANT STAR PIPE PRODUCTS, LTD.</u>**

TO:  COUNSEL OF RECORD

PLEASE TAKE NOTICE that on August 3, 2015, at 10:00 a.m. or as soon thereafter as counsel may be heard, the undersigned attorneys for the Direct Purchaser Plaintiffs in the above-captioned action shall move before the Hon. Anne E. Thompson, U.S.D.J., Clarkson S. Fisher Federal Building, & U.S. Courthouse, 402 East State Street, Trenton, New Jersey 08608, for the entry of a Preliminary Approval Order:

496677.1

1. Preliminarily approving the Settlement Agreement between Direct Purchaser Plaintiffs and Star Pipe Products, Ltd. and finding that its terms are sufficiently fair, reasonable, and adequate for notice to be issued to the Settlement Class as defined in the Settlement Agreement;

2. Certifying the Settlement Class, for purposes of settlement only pursuant to Federal Rule of Civil Procedure 23(c), and authorizing plaintiffs to represent the Settlement Class; and

3. Approving Garden City Group, LLC as Administrator of the Settlement, and Citibank, N.A. as escrow agent.

In support of this motion, Direct Purchaser Plaintiffs rely upon the Memorandum of Law in Support of Direct Purchaser Plaintiffs' Motion for Preliminary Approval of Settlement with Star Pipe Products, Ltd., as well as the accompanying Declaration of Robert N. Kaplan.

Direct Purchaser Plaintiffs submit a proposed form of Order.

Dated: July 6, 2015

| | |
|---|---|
| */s/ Mayra V. Tarantino*_____ | */s/ Karen A. Confoy*_____ |
| Mayra V. Tarantino | Karen A. Confoy |
| LITE DEPALMA GREENBERG, LLC | FOX ROTHSCHILD LLP |
| 570 Broad Street, Suite 1201 | Princeton Pike Corporate Center |
| Newark, NJ 07102 | 997 Lenox Drive, Building 3 |
| (973) 623-3000 | Lawrenceville, NJ 08648-2311 |
| mtarantino@litedepalma.com | (609) 896-3600 |
| *Interim Co-Liaison Counsel for* | kconfoy@foxrothschild.com |
| *Direct Purchaser Plaintiffs* | *Interim Co-Liaison Counsel for* |
| | *Direct Purchaser Plaintiffs* |

2

496677.1

Robert N. Kaplan
Richard J. Kilsheimer
Gregory K. Arenson
Elana Katcher
KAPLAN FOX & KILSHEIMER LLP
850 Third Avenue, 14th Floor
New York, NY  10022
(212) 687-1980
rkaplan@kaplanfox.com
rkilsheimer@kaplanfox.com
garenson@kaplanfox.com

Gary L. Specks
KAPLAN FOX & KILSHEIMER LLP
423 Sumac Road
Highland Park, IL 60035
(847) 831-1585
gspecks@kaplanfox.com
*Interim Co-Lead Counsel for
Direct Purchaser Plaintiffs*

Kit A. Pierson
Robby Braun
COHEN MILSTEIN SELLERS &
   TOLL PLLC
1100 New York Avenue, NW
Suite 500 West
Washington, DC  20005
(202) 408-4600
kpierson@cohenmilstein.com
rbraun@cohenmilstein.com

Christopher J. Cormier
COHEN MILSTEIN SELLERS
& TOLL PLLC
2443 S. University Boulevard, #232
Denver, CO 80210
(720) 583-0650
ccormier@cohenmilstein.com
*Interim Co-Lead Counsel for
Direct Purchaser Plaintiffs*

3

496677.1