| | |
|---|---|
| LITE DePALMA GREENBERG, LLC | FOX ROTHSCHILD LLP |
| Joseph J. DePalma | Karen A. Confoy |
| Steven J Greenfogel | Princeton Pike Corporate Center |
| 570 Broad Street, Suite 1201 | 997 Lenox Drive, Building 3 |
| Newark, NJ 07102 | Lawrenceville, NJ 08648-2311 |
| Telephone: (973) 623-3000 | Telephone: (609) 896-3600 |
| *Interim Co-Liaison Counsel for Direct Purchaser Plaintiffs* | *Interim Co-Liaison Counsel for Direct Purchaser Plaintiffs* |

**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE DUCTILE IRON PIPE FITTINGS ("DIPF") DIRECT PURCHASER ANTITRUST LITIGATION | Civ. No. 12-711 (AET)(LHG) |

**DIRECT PURCHASER PLAINTIFFS' NOTICE OF MOTION FOR
<u>FINAL APPROVAL OF SETTLEMENTS</u>**

PLEASE TAKE NOTICE THAT, on January 28, 2016 at 10:30 a.m., the undersigned attorneys for Direct Purchaser Plaintiffs ("DPPs") in the above-captioned action shall move before the Hon. Anne E. Thompson, U.S.D.J., Clarkson S. Fisher Building, & U.S. Courthouse, 402 East State Street, Trenton, New Jersey 08608, for the entry of an order that provides for: (i) final approval by the Court of the Settlements between DPPs and SIGMA Corporation, and its owned subsidiary SIGMA Piping Products Corporation and between DPPs and Star Pipe Products, Ltd.; (ii) a determination that DPPs' Notice Plan satisfied due

process requirements; (iii) approval of DPPs' Plan of Allocation; and (iv) granting such other relief as may be proper.

In support of this motion, DPPs rely upon the Memorandum of Law in Support of DPPs' Motion for Final Approval of Settlements with Defendants (i) SIGMA Corporation and its owned subsidiary SIGMA Piping Products Corporation; and (ii) Star Pipe Products, Ltd; the Declaration of Robert N. Kaplan in Support of DPP's Motion for Final Approval of Settlements; and the Declaration of Lori Castaneda Regarding Notice and Settlement Administration.

DATED:  December 29, 2015

| | |
|---|---|
| */s/ Joseph J. DePalma* | */s/ Karen A. Confoy* |
| Joseph J. DePalma | Karen A. Confoy |
| Steven J. Greenfogel | FOX ROTHSCHILD LLP |
| LITE DePALMA GREENBERG, LLC | Princeton Pike Corporate Center |
| 570 Broad Street, Suite 1201 | 997 Lenox Drive, Building 3 |
| Newark, NJ  07102 | Lawrenceville, NJ 08648-2311 |
| 973.623.3000 | Tel: 609.896.3600 |
| jdepalma@litedepalma.com | kconfoy@foxrothschild.com |
| sgreenfogel@litedepalma.com | *Interim Co-Liaison Counsel for* |
| *Interim Co-Liaison Counsel for* | *Direct Purchaser Plaintiffs* |
| *Direct Purchaser Plaintiffs* | |
| | |
| Robert N. Kaplan | Kit A. Pierson |
| Richard J. Kilsheimer | Robby Braun |
| Gregory K. Arenson | COHEN MILSTEIN SELLERS & |
| Elana Katcher |    TOLL PLLC |
| KAPLAN FOX & KILSHEIMER LLP | 1100 New York Avenue, NW |
| 850 Third Avenue, 14th Floor | Suite 500 West |
| New York, NY  10022 | Washington, DC  20005 |
| Tel: 212.687.1980 | Tel: 202.408.4600 |
| rkaplan@kaplanfox.com | kpierson@cohenmilstein.com |
| rkilsheimer@kaplanfox.com | rbraun@cohenmilstein.com |
| garenson@kaplanfox.com | |

2

| | |
|---|---|
| Gary L. Specks | Christopher J. Cormier |
| KAPLAN FOX & KILSHEIMER LLP | COHEN MILSTEIN SELLERS |
| 423 Sumac Road | & TOLL PLLC |
| Highland Park, IL 60035 | 2443 S. University Boulevard, #232 |
| Tel: 847.831.1585 | Denver, CO 80210 |
| gspecks@kaplanfox.com | (720) 583-0650 |
| | ccormier@cohenmilstein.com |
| *Interim Co-Lead Counsel for* | |
| *Direct Purchaser Plaintiffs* | *Interim Co-Lead Counsel for* |
| | *Direct Purchaser Plaintiffs* |

## **CERTIFICATE OF SERVICE**

I, Joseph J. DePalma, hereby certify that on this day, a true and correct copy of Direct Purchaser Plaintiffs' Notice of Motion For Final Approval of Settlements; Memorandum of Law in Support of DPPs' Motion for Final Approval of Settlements with Defendants (i) SIGMA Corporation and its owned subsidiary SIGMA Piping Products Corporation; and (ii) Star Pipe Products, Ltd; the Declaration of Robert N. Kaplan in Support of DPP's Motion for Final Approval of Settlements; the Declaration of Lori Castaneda Regarding Notice and Settlement Administration; and two Proposed Forms of Order were electronically filed and served on all counsel of record via the Court's ECF system.

Dated: December 29, 2015         */s/Joseph J. DePalma*
                                 Joseph J. DePalma