NOT FOR PUBLICATION

R E C E I V E D

NOV 0 8 2017

AT 8:30 _____ M
WILLIAM T. WALSH
CLERK

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

---

*IN RE* DUCTILE IRON PIPE FITTINGS
("DIPF") DIRECT PURCHASER
ANTITRUST LITIGATION

Civ. No. 12-711

**ORDER**

---

THOMPSON, U.S.D.J.

The above matter came before this Court on Direct Purchaser Plaintiffs' ("DPPs")

Motion for Distribution of Settlement Funds (ECF No. 462) and accompanying supporting

materials, including the October 18, 2017 Declaration of Lori L. Castaneda Regarding Final

Claim Determination and Distribution (the "Castaneda Declaration") (ECF No. 462-1). The

Court having considered the moving papers, the Castaneda Declaration, and the complete record

in this matter; and it further

**APPEARING** that this Court held a Fairness Hearing on January 28, 2016 (ECF No.

349) and thereafter approved Settlement Agreements between the DPPs and (i) Star Pipe

Products, Ltd. on January 28, 2016 (ECF No. 352) and (ii) SIGMA Corporation and its owned

subsidiary SIGMA Piping Products Corporation on January 29, 2016 (ECF No. 353);

IT IS, on this 7th day of November, 2017,

**ORDERED** that DPPs' Motion for Distribution of Settlement Funds is GRANTED; and

it is further

**ORDERED** that the Court accepts and approves the administrative recommendations by

Garden City Group, LLC ("GCG"), the claims administrator appointed by the Court (*see* ECF

Nos. 322, 328), concerning the acceptance and rejection of claims submitted by putative members of each Settlement Class, as detailed in the Castaneda Declaration; and it is further

**ORDERED** that the Court accepts and approves GCG's determinations and calculations and authorizes GCG's distribution of the Net Settlement Fund to Settlement Class Members in accordance with the Plan of Allocation approved by the Court in its (i) Order Approving Settlement Agreement with Star Pipe Products, Ltd. and Entering Final Judgment (ECF No. 352); and (ii) Order Approving Settlement Agreement with SIGMA Corporation and its Owned Subsidiary SIGMA Piping Products Corporation and Entering Final Judgment (ECF No. 353).

ANNE E. THOMPSON, U.S.D.J.