| | |
|---|---|
| LITE DePALMA GREENBERG, LLC<br>Joseph J. DePalma<br>Steven J. Greenfogel<br>570 Broad Street, Suite 1201<br>Newark, NJ 07102<br>Telephone: (973) 623-3000<br>*Interim Co-Liaison Counsel for Direct Purchaser Plaintiffs* | FOX ROTHSCHILD LLP<br>Karen A. Confoy<br>Princeton Pike Corporate Center<br>997 Lenox Drive, Building 3<br>Lawrenceville, NJ 08648-2311<br>Telephone: (609) 896-3600<br>*Interim Co-Liaison Counsel for Direct Purchaser Plaintiffs* |

**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE DUCTILE IRON PIPE FITTINGS ("DIPF") DIRECT PURCHASER ANTITRUST LITIGATION | Civ. No. 12-711 (AET)(LHG) |

**DIRECT PURCHASER PLAINTIFFS' NOTICE OF MOTION FOR
ATTORNEYS' FEES, EXPENSES, AND INCENTIVE AWARDS**

PLEASE TAKE NOTICE THAT, in accordance with this Court's January 10, 2018 Order [ECF No. 473], on May 10, 2018 at 10:00 a.m., the undersigned attorneys for Direct Purchaser Plaintiffs ("DPPs") in the above-captioned action shall move before the Hon. Anne E. Thompson, U.S.D.J., Clarkson S. Fisher Building, & U.S. Courthouse, 402 East State Street, Trenton, New Jersey 08608, for the entry of an order for:

(i) an award of attorneys' fees of $2,929,166.67 (one-third the total amount of the McWane Settlement);

(ii) reimbursement of incurred expenses of $1,181,667.59; and

(iii) incentive awards of $15,000 each to eight current and former named plaintiffs, including City and County of Denver; Coastal Plumbing Supply Company Inc.; GCO, Inc. f/k/a Groeniger & Co.; Hi Line Supply Co. Ltd.; John Hoadley & Sons, Inc.; Mountain States Supply LLC; Mountainland Supply LLC; and Public Works Supply Co., Inc.

In support of this motion, DPPs rely upon the Memorandum of Law in Support of DPPs' Motion for Attorneys' Fees, Expenses, and Incentive Awards; the Declaration of Elana Katcher in Support of DPPs' Motion for Final Approval of Settlement and for Attorneys' Fees, Expenses, and Incentive Awards; and the Declaration of Lori Castaneda Regarding Notice and Settlement Administration.

A proposed form of order is submitted herewith.

DATED: April 10, 2018

*/s/ Joseph J. DePalma*
Joseph J. DePalma
Steven J. Greenfogel
LITE DePALMA GREENBERG, LLC
570 Broad Street, Suite 1201
Newark, NJ  07102
973.623.3000
sgreenfogel@litedepalma.com
jdepalma@litedepalma.com
*Interim Co-Liaison Counsel for Direct Purchaser Plaintiffs*

*/s/ Karen A. Confoy*
Karen A. Confoy
FOX ROTHSCHILD LLP
Princeton Pike Corporate Center
997 Lenox Drive, Building 3
Lawrenceville, NJ 08648-2311
Tel: 609.896.3600
kconfoy@foxrothschild.com
*Interim Co-Liaison Counsel for Direct Purchaser Plaintiffs*

and

Robert N. Kaplan
Gregory K. Arenson
Elana Katcher
KAPLAN FOX & KILSHEIMER LLP
850 Third Avenue, 14th Floor
New York, NY  10022
Tel: 212.687.1980
rkaplan@kaplanfox.com
garenson@kaplanfox.com

Gary L. Specks
KAPLAN FOX & KILSHEIMER LLP
423 Sumac Road
Highland Park, IL 60035
Tel: 847.831.1585
gspecks@kaplanfox.com
*Interim Co-Lead Counsel for*
*Direct Purchaser Plaintiffs*

Kit A. Pierson
Robby Braun
COHEN MILSTEIN SELLERS &
   TOLL PLLC
1100 New York Avenue, NW
Suite 500 West
Washington, DC  20005
Tel: 202.408.4600
kpierson@cohenmilstein.com
rbraun@cohenmilstein.com

Christopher J. Cormier
COHEN MILSTEIN SELLERS
& TOLL PLLC
2443 S. University Boulevard, #232
Denver, CO 80210
(720) 583-0650
ccormier@cohenmilstein.com

*Interim Co-Lead Counsel for*
*Direct Purchaser Plaintiffs*

## **CERTIFICATE OF SERVICE**

I, Karen A. Confoy, hereby certify that on this day, a true and correct copy of Direct Purchaser Plaintiffs' Notice of Motion for Attorneys' Fees, Expenses, and Incentive Awards; Memorandum of Law in Support of Direct Purchaser Plaintiffs' Motion for Attorneys' Fees, Expenses, and Incentive Awards; the Declaration of Elana Katcher in Support of Direct Purchaser Plaintiffs' Motion for Final Approval of Settlement and for Attorneys' Fees, Expenses, and Incentive Awards; the Declaration of Lori Castaneda Regarding Notice and Settlement Administration; and Proposed Form of Order were electronically filed and served on all counsel of record via the Court's ECF system.

Dated: April 10, 2018                              */s/ Karen A. Confoy*
                                                    Karen A. Confoy